UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0003--CR (JWS)
"USA V JOSEPH R. JUNKER ET AL"
DEF 1.1 JUNKER, JOSEPH R.

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
               Filed:  06/21/05
              Closed:  NO
   No. of Defendants:  2
       MJ Case Number:
                 AKA:
     Location status:  Released on Bond
          Trial date:
          Terminated:  NO
   Needs interpreter:  NO
    Counsel of record: Louis J. Menendez
                       227 7th Street
                       Juneau, AK 99801
                       907-586-5996
                       FAX 907-586-2206
                       Serve: YES
                        Type: Retained
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 JUNKER, JOSEPH R.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(a)(1),(b)(1)(B) & (C) DRUG CONSPIRACY (F) | Pending |
| 1 - 1 IND | 2 | 21:846, 841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0003--CR (JWS)
                            "USA V JOSEPH R. JUNKER ET AL"
                                 DEF 2.1 REID, JARET Z.

                 Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 06/21/05
             Closed: NO
 No. of Defendants: 2
     MJ Case Number:
                AKA:
    Location status: Released on Bond
         Trial date:
         Terminated: NO
 Needs interpreter: NO
  Counsel of record: William P. Bryson
                     1015 W. 7th Avenue
                     Anchorage, AK 99501
                     907-276-8611
                     FAX 907-258-1516
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 REID, JARET Z.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846, 841(a)(1),(b)(1)(B) & (C) DRUG CONSPIRACY (F) | Pending |
| 1 -   1 IND | 2 | 21:846, 841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE J05-0003--CR (JWS)
                "USA V JOSEPH R. JUNKER ET AL"

                      For all filing dates
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
           Filed: 06/21/05
          Closed: NO
No. of Defendants: 2

| Document # | Filed    | Docket text |
|---|---|---|
| NOTE - 1 | 06/21/05 | [Re: DEF 1] Issued WOA. |
| NOTE - 2 | 06/21/05 | [Re: DEF 2] Issued WOA. |
| 1 - 1 | 06/21/05 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 06/21/05 | [Re: DEF 1-2] JWS Grand Jury Minutes. Indictment secret re D-1 & D-2. Warrant of arrest to be issued re D-1 & D-2. No Bail set. (Detention per 18:3142). |
| NOTE - 3 | 06/24/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/24/05 in Fairbanks, AK. |
| NOTE - 4 | 06/24/05 | Notation: Re: DEF 1 & 2 Proposed Trial Date Setting for Arr to USDJ. |
| NOTE - 5 | 06/24/05 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 6/23/05 in Juneau, AK. |
| 3 - 1 | 06/24/05 | [Re: DEF 1] TWH Order regarding preparation for trial discovery due by 07/08/-5, pretrial motions due by 07/29/05 cc: USA, USM, FPO, Judge Sedwick, Judge Hall. |
| 4 - 1 | 06/24/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause] re: arr on Indt held 6/24/05; not guilty plea accepted, disc due by 07/08/08; pretrial mots due by 07/29/05, det hrg date to be set after cnsl submits proposal to pretrial services, def detained & not to be transferred & to remain in Fairbanks. cc: USA, USM, FPO, Judge Sedwick, Judge Hall. |
| 5 - 1 | 06/24/05 | [Re: DEF 2] PMP Order of Detention Pending detention hearing set for 6/29/05, 1:30 p.m. at Juneau. cc: USA, cnsl, USM, PO, Judge Sedwick |
| 6 - 1 | 06/24/05 | [Re: DEF 2] PMP Order regarding preparation for trial w/parties to meet by 7/1/05; PTMs due 7/15/05. cc: USA, B. Bryson, Judge Sedwick |
| 7 - 1 | 06/24/05 | [Re: DEF 2] PMP Court Minutes [ECR Keitha Kolvig] re: I/A held 6/24/05: def detained; detention hrg set for 6/29/05, 1:30 p.m. at Juneau. cc: USA, W. Bryson, USM, USPO, Judge Sedwick |
| 8 - 1 | 06/28/05 | [Re: DEF 1] TWH Minute Order setting detention hearing for wednesday June 29, 2005 at 3:00 p.m. cc: USA, USM, FPO, Menedez, Judge Hall, Judge Sedwick. |
| 9 - 1 | 06/29/05 | [Re: DEF 1] Return of WOA executed 6/24/05. |
| 10 - 1 | 06/29/05 | [Re: DEF 2] Return of WOA executed on 6/23/05. |
| 11 - 1 | 06/29/05 | [Re: DEF 2] PMP Court Minutes [ECR Keitha Kolvig] re detention hrg held 6/29/05: 3rd party custodians approved, unsecured $5,000 bond; conditions as stated. cc: USA, W. Bryson, USM, USPO, Judge Sedwick |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE J05-0003--CR (JWS)
                       "USA V JOSEPH R. JUNKER ET AL"

                              For all filing dates


 Document #   Filed      Docket text
    12 -  1   06/29/05   DEF 2 Appearance bond of $5,000.00 unsecured.

    13 -  1   06/29/05   [Re: DEF 2] Copy of PMP Order of Release (orig to USM).

    14 -  1   06/29/05   [Re: DEF 2] Order setting conditions of release to approved 3rd party
                         custodians; $5,000 unsecured bond; no gun, alcohol or drug use; not to
                         leave  Alaska; no contact w/co-def or anyone involved in alleged May
                         2005 exycontin transactions; to appear 8/24/05, 8:30 a.m. or as
                         otherwise directed.  cc: USA, W. Bryson, USM, USPO, Judge Sedwick

    16 -  1   06/29/05   [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause].  Detention hearing
                         held 6-29-05. Court granted release of defendant. Order setting
                         conditions of release filed. Bond $25,000; 10% to be posted with court.
                         Appearance bond filed.  Release order to be issued to USM upon pmt of
                         bond to clerk's office in Fbks.  cc:  USA; USM; USPO; L. Menendez; Judge
                         Sedwick; MJ Pallenberg

    17 -  1   06/29/05   [Re: DEF 1] TWH Order of Release.  cc: USA; USM; USPO; L. Menendez;
                         Judge Sedwick; MJ Pallenberg.

    18 -  1   06/29/05   [Re: DEF 1] Order setting conditions of release.  cc: USA; USM; USPO; L.
                         Menendez; Judge Sedwick; MJ Pallenberg.

    19 -  1   06/29/05   DEF 1 Appearance bond.

    15 -  1   06/30/05   PLF 1; DEF 2 Disc conf Certificate.

    20 -  1   07/01/05   [Re: DEF 1-2] JWS Minute Order setting TBJ on 8/24/05 @ 9:00 a.m. @
                         Juneau, AK & FPTC on 8/24/05 @ 8:30 a.m. @ Juneau, Ak. cc: USA, L.
                         Menendez, W. Bryson, USM, USPO, JC, ECR, Divisional Deputy, MJ
                         Pallenberg

    21 -  1   07/07/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

    22 -  1   07/08/05   [Re: DEF 1-2] PMP Minute Order re PTM's reset to 7/22/05. cc: USA, L.
                         Menendez, W. Bryson

    23 -  1   07/13/05   DEF 1 Attorney Appearance of L. Menendez.

    24 -  1   07/13/05   DEF 1 Unopposed motion to continue trial and scheduling of calendaring
                         hearing to schedule new trial date.

    24 -  2   07/13/05   [Re: DEF 1-2] JWS Order setting hrg on mot to continue trial on 8/3/05 @
                         9:00 a.m. @ Anchorage, Alaska; cnsl & defs not resident in Anchorage may
                         arrange to attend by telephone. cc: USA, L. Menendez, W. Bryson, USPO,
                         USM

    25 -  1   07/13/05   DEF 1 Unopposed motion on shortened time to consider motion at 24-1.

    25 -  2   07/13/05   [Re: DEF 1] JWS Order granting unoppo mot on shortened time to consider
                         dkt 24 (25-1); see ord setting hrg for 8/3/05. cc: USA, L. Menendez, W.
                         Bryson

    26 -  1   07/13/05   DEF 1 Unopposed motion for extension to 8/3/05 to file pretrial motions.

    27 -  1   07/13/05   DEF 1 Unopposed motion on shortened time to consider motion at 26-1.

ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                    Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J05-0003--CR (JWS)
                           "USA V JOSEPH R. JUNKER ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 27 - 2 | 07/13/05 | [Re: DEF 1] JWS Order granting unopposed motion on shortened time to consider motion at 26-1 (27-1); the motion at 26-1 will be addressed by the MJ after crt has acted on the motion to continue trial. cc: USA, L. Menendez |
| 28 - 1 | 07/13/05 | DEF 1 Unopposed motion to amend conditions of release. |
| 28 - 2 | 07/13/05 | [Re: DEF 1] JWS Order granting as directed unopposed motion to amend conditions of release (28-1). cc: USA, L. Menendez, USM, USPO |
| 29 - 1 | 07/13/05 | DEF 1 Unopposed motion on shortened time to consider motion at 28-1. |
| 29 - 2 | 07/13/05 | [Re: DEF 1] JWS Order granting unopposed motion on shortened time to consider motion at 28-1 (29-1). cc: USA, L. Menendez |
| 30 - 1 | 07/13/05 | PLF 1 Attorney Substitution of F. Russo. |
| 31 - 1 | 08/02/05 | DEF 2 joinder to DEF 1 Unopposed motion to continue trial and scheduling of calendaring hearing to schedule new trial date (24-1). |
| 32 - 1 | 08/02/05 | DEF 2 Attorney Appearance of W. Bryson. |
| 33 - 1 | 08/03/05 | [Re: DEF 1-2] JWS Court Minutes [ECR: Caroline Edmiston] RE: Hearing on Motion to Continue Trial (DKT 24) (held 08/03/05); taking under advisement Unopposed motion to continue trial and scheduling of calendaring (24-1); Mr. Russo to supply discovery material for motions to defendant's no later than 08/15/05; Defendant's to file any motions to suppress no later than 08/22/05; Any other motions to be filed no later than 09/06/05; FPTC 08/24/05 at 8:30 a.m. Vacated; TBJ 08/24/05 at 9:00 a.m. Vacated; New FPTC/TBJ dates to be issued by minute order after motions briefed. CC: USA, USM, USPO, L. Menendez, W. Bryson, Divisional Deputy, MJ Pallenberg, Jury Clerk. |
| 34 - 1 | 08/22/05 | DEF 1 motion to suppress w/att memo and exhs. |
| 35 - 1 | 08/26/05 | [Re: DEF 1] PMP Minute Order an evidentiary hearing and/or oral argument on def's mot to suppress (dkt 34) is set for 9/6/05 at 1:30 p.m. The parties should be prepared to address the point as stated in this minute order in their memoranda or orally before evidence is heard. cc: AUSA, L. Menendez, USM, USPO |
| 36 - 1 | 08/29/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (34-1) w/att exhs. |
| 37 - 1 | 09/01/05 | [Re: DEF 1] PLF 1 motion on shortened time to appear telephonically at hrg set for 9/6/05. |
| 38 - 1 | 09/01/05 | [Re: DEF 1] PMP Minute Order granting motion on shortened time to appear telephonically at hrg set for 9/6/05 (37-1); all cnsl may appear telephonically. cc: USA, L. Menendez |
| 39 - 1 | 09/02/05 | DEF 1 reply to opposition to DEF 1 motion to suppress w/att memo and exhs. (34-1) |
| 40 - 1 | 09/07/05 | [Re: DEF 1] PMP Court Minutes for Evidentiary Hearing/Oral Argument on DEF's Motion to Suppress (held 9/06/05): parties agree evidentiary hrg not necessary; matter taken under advisement w/written ruling to issue. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE J05-0003--CR (JWS)
                                 "USA V JOSEPH R. JUNKER ET AL"

                                          For all filing dates

Document #    Filed       Docket text
_____    _____       _____
                          cc: USA, L. Menendez, Judge Sedwick

    41 -  1   09/15/05    [Re: DEF 1-2] JWS Minute Order granting unoppo mot to continue trial
                          (24-1); FPTC set 10/24/05 @ 8:30 a.m. & TBJ set 10/24/05 @ 9:00 a.m..
                          cc: USA, L. Menendez, W. Bryson, USM, USPO, MJ Pallenberg, ECR,
                          Divisional Deputy, JC

    42 -  1   09/19/05    Initial R&R recommending DENIAL re: DEF 1 motion to suppress. (34-1).
                          Objections due 09/26/05. Reply due 09/29/05. cc: USA, L. Menendez, Judge
                          Sedwick

    43 -  1   09/26/05    DEF 1 objection to R&R re: DEF 1 motion to suppress. (34-1)

    44 -  1   09/30/05    [Re: DEF 2] PLF 1 Notice of intent to use the crt's digital evidence
                          presentaiton system.

    45 -  1   10/03/05    Final R&R recommending DENIAL re: DEF 1 motion to suppress. (34-1) cc:
                          USA, L. Menendez, Judge Sedwick

    46 -  1   10/14/05    [Re: DEF 1] JWS Order denying motion to suppress (34-1).  Court adopts
                          Magistrate Pallenbergs recommended findings and conclusions.  cc: AUSA,
                          L. Menendez

    47 -  1   10/18/05    [Re: DEF 1-2] JWS Order of excludable delay re: mot @ dkt 24 (65 days;
                          under code E).

    48 -  1   10/18/05    [Re: DEF 1] PLF 1 Plea Agreement.

    49 -  1   10/18/05    [Re: DEF 2] PLF 1 Plea Agreement.

    50 -  1   10/19/05    DEF 2 Notice of Intent to change plea.

    51 -  1   10/20/05    DEF 1 Notice of Intent to change plea.

    52 -  1   10/20/05    [Re: DEF 1] JWS Minute Order setting PCOP on 11/7/05 @ 11:30 a.m. @
                          Juneau; 10/24/05 FPTC & TBJ vacated. cc: USA, L. Menendez, USM, USPO, MJ
                          Pallenberg,  JC, ECR, Divisional Deputy

    53 -  1   10/20/05    [Re: DEF 2] JWS Minute Order setting PCOP hrg on 11/7/05 @ 11:00 a.m. @
                          Juneau; 10/24/05 FPTC & TBJ vacated. cc: USA, W. Bryson, USM, USPO, MJ
                          Pallenberg, JC, ECR, Divisional Deputy

    54 -  1   11/07/05    [Re: DEF 1] JWS Court Minutes [ECR: Susan Evans] of PCOP hrg (held
                          11/7/05): DEF pled guilty on CT II of indictment; ct reserved approval
                          of plea agreement pending review of presentence report; IOS set for
                          2/1/06, 9:30 a.m.; USA dismissed CT I. cc: USA, L. Menendez, USM, PTS

    55 -  1   11/07/05    [Re: DEF 2] JWS Court Minutes [ECR: Susan Evans] of PCOP (held 11/7/05):
                          DEF pled guilty to CT I of indictment; Court reserved approval of plea
                          agreement pending review of presentence rpt; IOS set for 2/1/06, 9:00
                          a.m.; USA dismissed CT II.  cc: USA, W. Bryson, USM, PTS
```