Brian M. Doherty, ASBA 8409077
GILMORE & DOHERTY, P.C.
1029 West 3rd Ave., Suite 500
Anchorage, Alaska 99501-1982
Telephone: 279-4506
Facsimile: 279-4507
Attorneys for Defendant Jaret Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. J05-0003-002 CR (JWS) |
| JOSEPH R. JUNKER and JARET Z. REID, | ) ) ) |
| Defendants. | ) ) |

### ORDER

IT IS HEREBY ORDERED that the sentencing of Jaret Z. Reid and Joseph R. Junker presently scheduled for February 1st, 2006 in the United States District Court for the District of Alaska at Juneau is continued until the _____ day of _____, 2006, at _____ a.m./p.m. based on the reasons set forth in the Joint Non-Opposed Motion to Continue Sentencing.

DATED this _____ day of _____, 2006 at Juneau, Alaska.

_____
The Honorable John W. Sedwick
Chief U.S. District Court Judge

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this
23 day of January, 2006,
a true and correct copy of
the foregoing was delivered
by fax/mail/hand delivery to: and electronically
Frank Russo
Assistant U.S. Attorney
Federal Bldg. U.S. Courthouse
222 West 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

GILMORE & DOHERTY

By: _____
Deb Lash, Legal Secretary
F:\Reid\MtnContSentOrd.doc

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507