Brian M. Doherty, ASBA 8409077
GILMORE & DOHERTY, P.C.
1029 West 3rd Ave., Suite 500
Anchorage, Alaska 99501-1982
Telephone: 279-4506
Facsimile: 279-4507
Attorneys for Defendant Jaret Z. Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. JO5-0003-002 CR (JWS) |
| ) | |
| JARET Z. REID, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR WITHDRAWAL UPON WRITTEN CONSENT OF DEFENDANT

Brian M. Doherty of Gilmore & Doherty, P.C. and Charles A. Dunnagan, Alaska Bar Association Trustee for William P. Bryson of the Law Offices of William P. Bryson, attorney of record for Defendant, Jaret Z. Reid, move that William P. Bryson be permitted to withdraw as attorney for said party upon the following consent, since said party is ready to substitute Brian M. Doherty of Gilmore & Doherty as his attorney for the sentencing proceedings in this case based on the death of William P. Bryson.

DATED this 23 day of January, 2006, at Anchorage, Alaska.

JERMAIN, DUNNAGAN & OWENS, PC

By: _____
Charles A. Dunnagan
ABA 7605026
Alaska Bar Association Trustee
for William P. Bryson

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

DATED this 23 day of January, 2006, at Anchorage, Alaska.

GILMORE & DOHERTY, P.C.

By: _____
Brian M. Doherty
ABA 8409077

## CONSENT

I, Jaret Reid, defendant in this action, hereby consent to the withdrawal of William P. Bryson and substitution of Brian M. Doherty of Gilmore & Doherty, as my attorney for the sentencing proceedings in this case based on the death of my previous attorney, William P. Bryson.

DATED this ____ day of January, 2006.

_____
Jaret Reid

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this
____ day of January, 2006,
a true and correct copy of
the foregoing was delivered
by fax/mail/hand delivery to:

Frank Russo
Assistant U.S. Attorney
Federal Bldg. U.S. Courthouse
222 West 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

GILMORE & DOHERTY

By: _____
Deb Lash, Legal Secretary
F:\Reid\WdrawConsent.doc

Gilmore & Doherty
ATTORNEY AT LAW
RESOLUTION PLAZA
1029 W. 3RD AVE., SUITE 500
ANCHORAGE, ALASKA
99501-1982
TEL (907) 279-4506
FAX (907) 279-4507

2