# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JOSEPH JUNKER*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 1:05-CR-00003-JWS-1

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: January 24, 2006

The motion at docket 59 is **GRANTED**.