Brian M. Doherty, ASBA 8409077
GILMORE & DOHERTY, P.C.
1029 West 3rd Ave., Suite 500
Anchorage, Alaska 99501-1982
Telephone: 279-4506
Facsimile: 279-4507
Attorneys for Defendant Jaret Reid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. J05-0003-002 CR (JWS) |
| ) | |
| JOSEPH R. JUNKER and ) | |
| JARET Z. REID, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**O R D E R**

IT IS HEREBY ORDERED that the sentencing of Jaret Z. Reid and Joseph R. Junker presently scheduled for February 1st, 2006 in the United States District Court for the District of Alaska at Juneau is continued as to **Jaret Z. Reid** until **April 4, 2006, at 9:00 a.m.**, and as to **Joseph R. Junker** until **April 4, 2006, at 9:30 a.m.**, based on the reasons set forth in the Joint Non-Opposed Motion to Continue Sentencing.

DATED this 25th day of January, 2006 at Anchorage, Alaska.

/s/
The Honorable John W. Sedwick
Chief U.S. District Court Judge