MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JOSEPH JUNKER*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 1:05-CR-00003-JWS-1

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  January 26, 2006

    The motion to withdraw as attorney filed at docket 59 was incorrectly filed on behalf of defendant Junker while correctly filed as to defendant Reid.  The minute order at docket 61 is **VACATED**.  The motion at 59 as to defendant Reid is **GRANTED** and is **DENIED** as to defendant Junker.