## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>  v.  <u> JOSEPH R. JUNKER </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                CASE NO. <u>  1:05-CR-00003-01-JWS  </u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: July 9, 2007

The Court is holding the sum of $2500.00 in the Court's Registry Fund, which was posted by Great Northwest, Inc. June 30, 2005 at the U.S. District Court in Fairbanks. It appears from a review of the file that the defendant is now in the custody of Bureau of Prisons, and that there is no longer an reason to continue holding this cash bail.

Counsel for the defendant is requested to file with the Court a motion for exoneration of the bond, and proposed order for return of the funds to Great Northwest Inc., POB 74646, Fairbanks, Alaska 99707 no later than August 10, 2007.

[ ]{CLERKNOT.WPD*Rev.12/97}