LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>        Plaintiff,           )<br>                              )<br>        vs.                   )<br>                              )<br>                              )<br>JOSEPH R. JUNKER             )<br>                              )<br>        Defendant.            )<br>                              )<br>_____) | **ORDER GRANTING**<br>**DEFENDANT'S MOTION**<br>**FOR EXONERATION**<br>**OF BOND**<br><br>Case No. 1:05-cr-003 (JWS) |

   After due consideration of Defendant's Motion for Exoneration of Bond, the motion is granted.

   Dated this ____ day of _____, 2007, in Anchorage, Alaska.

                              _____
                              Judge John W. Sedwick
                              U.S. District Court

1