LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,           )<br>                              )<br>         vs.                  )<br>                              )<br>                              )<br>                              )<br>JOSEPH R. JUNKER              )<br>                              )<br>         Defendant.           )<br>                              )<br>_____) | **MOTION FOR**<br>**EXONERATION**<br>**OF BOND**<br><br><br>Case No. 1:05-cr-003 (JWS) |

COMES NOW the defendant JOSEPH R. JUNKER, by and through his attorney, Louis James Menendez, Esq., moves this court to exonerate bail in the referenced case in the amount of $2500.00 to Great Northwest, Inc., P.O.B. 74646, Fairbanks, Alaska 99707. designated on court documents.

RESPECTFULLY SUBMITTED THIS at Juneau Alaska, this 11th day of September 2007.

S/Louis James Menendez
_____
Louis James Menendez, Esq.
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/586-2206
ljmak@ptialaska.net

ABA # 7811118

I certify that a true and
correct copy of the foregoing
were served on
Frank Russo, Esq.,
counsel of record for
the Government via electronic filing
on the 11th day of September 2007 at
the following location:


Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564


 S/Louis James Menendez
 _____
 Louis James Menendez