LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,             )<br>                                 )<br>          vs.                    )<br>                                 )<br>                                 )<br>JOSEPH R. JUNKER                 )<br>                                 )<br>          Defendant.             )<br>                                 )<br>_____  ) | **ORDER GRANTING**<br>**DEFENDANT'S MOTION**<br>**FOR EXONERATION**<br>**OF BOND**<br><br><br>Case No. 1:05-cr-003 (JWS) |

After due consideration of Defendant's Motion for Exoneration of Bond, the motion is granted.

Dated this ____ day of _____, 2007, in Anchorage, Alaska.

_____
Judge John W. Sedwick
U.S. District Court

1