An dLOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>)<br>)<br>JOSEPH R. JUNKER )<br>)<br>    Defendant. )<br>)<br>_____) | **MOTION FOR RETURN OF SURETY**<br><br><br><br>Case No. 1:05-cr-003 (JWS) |

COMES NOW the defendant JOSEPH R. JUNKER, by and through his attorney, Louis James Menendez, Esq., and moves this court to return the surety in the referenced case in the amount of $2500.00 to Great Northwest, Inc., P.O.B. 74646, Fairbanks, Alaska 99707.

RESPECTFULLY SUBMITTED THIS at Juneau Alaska, this 12th day of September 2007.

                                           S/Louis James Menendez
                                           _____
                                           Louis James Menendez, Esq.
                                           227 7th Street
                                           Juneau, Alaska 99801
                                           Telephone: 907/ 586-5996
                                           FAX: 907/586-2206
                                           ljmak@ptialaska.net

ABA # 7811118

I certify that a true and
correct copy of the foregoing
were served on
Frank Russo, Esq.,
counsel of record for
the Government via electronic filing
on the 12th day of September 2007 at
the following location:


Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564


 S/Louis James Menendez
 _____
 Louis James Menendez