LOUIS JAMES MENENDEZ, ESQ. (ABA # 7811118)
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/ 586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>)<br>)<br>JOSEPH R. JUNKER )<br>)<br>    Defendant. )<br>)<br>_____) | **ORDER GRANTING<br>DEFENDANT'S MOTION<br>FOR RETURN<br>OF SURETY**<br><br>Case No. 1:05-cr-003 (JWS) |

After due consideration of Defendant's <u>Motion for Return of Surety</u>, the motion is GRANTED. IT IS HEREBY ORDERED that the surety in the referenced case in the amount of $2500.00 shall be returned to Great Northwest, Inc., P.O.B. 74646, Fairbanks, Alaska 99707.

Dated this ____ day of _____, 2007, in Anchorage, Alaska.

_____
Judge John W. Sedwick
U.S. District Court

1